**DISMISS and Opinion Filed July 17, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00516-CV**

**DERRICK TEXDAHL, Appellant**
**V.**
**WINE RETRIEVER LLC, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01700-2021**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Partida-Kipness

The docketing statement and clerk's record in this case have not been filed.

By postcard dated May 2, 2024, we informed appellant the docketing statement was due and directed appellant to file the docketing statement within ten days. By letter dated June 14, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this

appeal without further notice. To date, appellant has not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robbie Partida-Kipness/

ROBBIE PARTIDA-KIPNESS

240516F.P05

JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DERRICK TEXDAHL, Appellant

No. 05-24-00516-CV     V.

WINE RETRIEVER LLC, Appellee

On Appeal from the 471st Judicial District Court, Collin County, Texas
Trial Court Cause No. 471-01700-2021.
Opinion delivered by Justice Partida-Kipness. Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered July 17, 2024